UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------

HOPE G. SMITH,                                26-cv-124 (JGK)

                    Plaintiff,                ORDER

        - against -

FEDERAL INSURANCE COMPANY, INC.,

                    Defendant.
--------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

January 23, 2026.



SO ORDERED.

Dated:    New York, New York
          January 9, 2026

                                    _____
                                        John G. Koeltl
                                    United States District Judge